November 2, 2015


Abel Acosta, Clerk
Texas Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, TX 78711-2308

RE:  WR-31,454-03
     Ex parte Rodney Elnesto Smiley

I was wondering if the Court had made a decision in the above referenced case, and if not, when it might be forthcoming.

Thank you in advance for your assistance in this matter, and I await your quick reply.

Sincerely,

Brent McLean #663292
Boyd Unit - 200 Spur 113
Teague, TX 75860-5174

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk